Argued and submitted July 31, affirmed November 14, 2001

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT LEE THAXTON,
*Appellant.*

209911231; A108344

35 P3d 1105

David C. Degner, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, State Public Defender.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Crain,* 177 Or App 627, 33 P3d 1050 (2001).